**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **HONOR HART,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.:  4:23-cv-575 |
| vs. ) | |
| ) | **JURY TRIAL DEMANDED** |
| **CHRISTOPHER WALL,** ) | |
| ) | |
| Defendant. | |

**ENTRY OF APPEARANCE**

**COMES NOW** Robert J. Wulff and enters his appearance on behalf of the Defendant, Christopher Wall.

/s/ Robert J. Wulff
Robert J. Wulff, Bar No.: 34081MO
Evans & Dixon, L.L.C.
211 North Broadway, Suite 2500
St. Louis, Missouri  63102
(314) 552-4054 Direct Line
(314) 884-4454 Direct Fax
rjwulff@evans-dixon.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2023, I electronically filed the instant pleading with the Clerk of Court using the court's electronic filing system which will send notification of such filing to all parties/attorneys of record and a courtesy copy was also emailed to Brad Elkin at belkin@cofmantownsley.com, attorney for Plaintiff.

/s/ Robert J. Wulff